No. D–1640. IN RE DISBARMENT OF BENTON. James Robert Benton, of Jonesboro, Ga., is suspended from the practice of law

in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.